1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  WILLOW E. RADCLIFFE (200087)
3  MATTHEW S. MELAMED (260272)
   Post Montgomery Center
4  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  willowr@rgrdlaw.com
7  mmelamed@rgrdlaw.com

8  *Liaison Counsel*

9  LABATON SUCHAROW LLP
   JOEL H. BERNSTEIN
10 MARK S. ARISOHN
   CORBAN S. RHODES                GLANCY PRONGAY & MURRAY LLP
11 140 Broadway                    LIONEL Z. GLANCY (134180)
                                   EX KANO S. SAMS II (192936)
12 New York, NY  10005             ROBERT V. PRONGAY(270796)
   Telephone:  212/907-0700        1925 Century Park East, Suite 2100
13 212/818-0477 (fax)              Los Angeles, CA  90067
   jberstein@labaton.com           Telephone:  310/201-9150
14 marisohn@labaton.com            310/432-1495 (fax)
   crhodes@labaton.com             lglancy@glancylaw.com
15                                 esams@glancylaw.com
                                   rprongay@glancylaw.com
16
17 *Co-Lead Counsel for Plaintiffs*

                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19

20 NORFOLK COUNTY RETIREMENT      )  Case No. 3:15-cv-02938-HSG
   SYSTEM, Individually and on Behalf of All  )
   Others Similarly Situated,     )  <u>CLASS ACTION</u>
21                                )
                       Plaintiff, )  STIPULATION AND ~~[PROPOSED]~~
22                                )  SCHEDULING ORDER
23      vs.                       )
                                  )
24 SOLAZYME, INC., et al.,        )
                                  )
                     Defendants.  )
25 _____)

26

27

28

1086825_1

1   Pursuant to Civil Local Rule 7-12, the parties, Norfolk County Retirement System
2   ("Norfolk"), John Medlin, John Hussain, Nancy Ackels and Leonardo Fernandez (collectively,
3   "Solazyme Investors" or "Lead Plaintiffs") and Solazyme, Inc. ("Solazyme"), Jonathan S. Wolfson,
4   Tyler W. Painter, David C. Cole, Jerry Fiddler, Michael V. Arbige, Ian T. Clark, Peter Kovacs,
5   James R. Craigie, Goldman, Sachs & Co. and Morgan Stanley & Co, LLC (collectively,
6   "Defendants"), by and through their undersigned counsel of record, submit the following stipulation
7   and proposed order:

8   WHEREAS, on September 4, 2015, the Court granted plaintiff Norfolk and Defendants'
9   Stipulation Extending Defendants' Response Deadline Pending Appointment of Lead Plaintiff and
10  Lead Counsel and Vacating Initial Case Management Conference. Dkt. No. 44;

11  WHEREAS, on October 8, 2015, the Court held a hearing on motions to appoint lead
12  plaintiff and lead counsel and took such motion under submission.  Dkt. No. 65;

13  WHEREAS, on October 8, 2015, the Court issued a written order granting the Solazyme
14  Investors' motion for appointment as Lead Plaintiff and approved its selection of Glancy Prongay &
15  Murray LLP and Labaton Sucharow LLP to serve as co-Lead Counsel, as well as Robbins Geller
16  Rudman & Dowd LLP to serve as Liaison Counsel.  Dkt. No. 64; and

17  WHEREAS, the parties have met and conferred and Lead Plaintiffs have indicated that they
18  intend to file an amended complaint.

19  The parties have further agreed on a schedule for the filing of such complaint, a date by
20  which Defendants shall file a motion to dismiss or otherwise respond to the complaint, and in the
21  event Defendants file a motion to dismiss, the parties have conferred and agreed on a briefing
22  schedule which accommodates the complexity of this securities action and the parties' and their
23  counsel's respective schedule.

24  NOW THEREFORE, the parties hereby agree and stipulate to the following deadlines and
25  briefing schedule:

26  1.   Lead Plaintiffs shall file an amended complaint no later than December 15, 2015;

27  2.   Defendants' response to the amended complaint shall be filed on or before February
28  12, 2016;

1    3.    Lead Plaintiffs' opposition to Defendants' response shall be filed on or before March

2    25, 2016;

3    4.    Defendants' reply shall be filed on or before April 22, 2016; and

4    5.    The hearing on Defendants' anticipated motion to dismiss shall be set for May 12,

5    2016 at 2:00 p.m., or a date thereafter that is convenient for the Court.

6

7    DATED:  November 5, 2015                      ROBBINS GELLER RUDMAN
                                                       & DOWD LLP
8                                                  WILLOW E. RADCLIFFE
                                                   MATTHEW S. MELAMED
9

10                                                 s/ WILLOW E. RADCLIFFE
                                                   WILLOW E. RADCLIFFE
11
                                                   Post Montgomery Center
12                                                 One Montgomery Street, Suite 1800
                                                   San Francisco, CA  94104
13                                                 Telephone:  415/288-4545
                                                   415/288-4534 (fax)
14
                                                   *Liaison Counsel*
15

16                                                 LABATON SUCHAROW LLP
                                                   JOEL H. BERNSTEIN
17                                                 MARK S. ARISOHN
                                                   CORBAN S. RHODES
18                                                 140 Broadway
                                                   New York, NY  10005
19                                                 Telephone:  212/907-0700
                                                   212/818-0477 (fax)
20

21                                                 GLANCY PRONGAY & MURRAY LLP
                                                   LIONEL Z. GLANCY
22                                                 EX KANO S. SAMS II
                                                   ROBERT V. PRONGAY
23                                                 1925 Century Park East, Suite 2100
                                                   Los Angeles, CA  90067
24                                                 Telephone:  310/201-9150
                                                   310/432-1495 (fax)
25
                                                   *Co-Lead Counsel for Plaintiffs*
26

27

28

1  DATED:  November 5, 2015

2

3

4

5

6

7

8

9

10

11

12  DATED:  November 5, 2015

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORRISON & FOERSTER LLP
JORDAN ETH (CA SBN 121617)
MARK R.S. FOSTER (CA SBN 223682)

s/ MARK R.S. FOSTER
MARK R.S. FOSTER

425 Market Street
San Francisco, CA 94105
Telephone:  415/268-6335
415/268-7522 (fax)
jeth@mofo.com
mfoster@mofo.com

Attorneys for Defendants Solazyme, Inc.,
Jonathan S. Wolfson, Tyler W. Painter, David C.
Cole, Jerry Fiddler, Michael V. Arbige, Ian T.
Clark, Peter Kovacs and James R. Craigie

SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (Bar. No. 206740)
SIMONA G. STRAUSS (Bar No. 203062)

s/ JAMES G. KREISSMAN
JAMES G. KREISSMAN

2475 Hanover Street
Palo Alto, CA 94304
Telephone:  650/251-5000
650/251-5002 (fax)
jkreissman@stblaw.com
sstrauss@stblaw.com

Attorneys for Defendants Goldman, Sachs & Co.
and Morgan Stanley & Co., LLC

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Scheduling Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark R. S. Foster and James G. Kreissman have concurred in this filing.

s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

1                                  *       *       *

2                                   **O R D E R**

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5 DATED: _____    11/9/2015 _____

6                                  THE HON. HAYWOOD S. GILLIAM, JR.
                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 5, 2015.

s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:willowr@rgrdlaw.com
