**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (Bar No. 134180)
Robert V. Prongay (Bar No. 270796)
Ex Kano S. Sams II (Bar No. 192936)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310-201-9150
Facsimile: 310-432-1495
lglancy@glancylaw.com
rprongay@glancylaw.com
esams@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams (Bar No. 213113)
Willow E. Radcliffe (Bar No. 200087)
Matthew S. Melamed (Bar No. 260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
mmelamed@rgrdlaw.com

*Liaison Counsel for Plaintiffs and the Putative Class*

**LABATON SUCHAROW LLP**
Joel H. Bernstein (*pro hac vice*)
Mark S. Arisohn (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com
marisohn@labaton.com
crhodes@labaton.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, JOHN MEDLIN, JOHN HUSSAIN, LEONARDO FERNANDEZ, JAMES ACKELS and NANCY ACKELS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLAZYME, INC., JONATHAN S. WOLFSON, TYLER W. PAINTER, DAVID C. COLE, JERRY FIDDLER, MICHAEL V. ARBIGE, IAN T. CLARK, PETER KOVACS, JAMES R. CRAIGIE, GOLDMAN, SACHS, & CO., and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 3:15-cv-02938-HSG<br><br>**STIPULATION AND ORDER REGARDING THE PAGE LIMITATION FOR LEAD PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:15-CV-02938-HSG

327675.1 SOLAZYME

WHEREAS, this action for violations of the federal securities laws was filed against defendants Solazyme, Inc., Jonathan S. Wolfson, Tyler W. Painter, David C. Cole, Jerry Fiddler, Michael V. Arbige, Ian T. Clark, Peter Kovacs, James R. Craigie, ("Solazyme Defendants") Goldman, Sachs & Co., and Morgan Stanley & Co. LLC ("Underwriter Defendants"), (collectively "Defendants");

WHEREAS, on October 8, 2015, the Court entered an order appointing plaintiffs John Medlin, John Hussain, Norfolk County Retirement System, Nancy Ackels, and Leonardo Fernandez as lead plaintiffs ("Lead Plaintiffs");

WHEREAS, on November 9, 2015, the Court entered a scheduling order that provided that Lead Plaintiffs were to file a consolidated complaint no later than December 15, 2015, Defendants were to file a response to the complaint no later than February 12, 2016, Lead Plaintiffs were to file any opposition to Defendants' response no later than March 25, 2016, and Defendants were to file any reply no later than April 22, 2016;

WHEREAS, on December 15, 2015, Lead Plaintiffs filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint");

WHEREAS, on February 12, 2016, the Solazyme Defendants and the Underwriter Defendants filed separate briefs moving to dismiss the Consolidated Complaint;

WHEREAS, the motion to dismiss filed by the Solazyme Defendants is 25-pages in length and the motion to dismiss filed by the Underwriter Defendants is 14-pages in length;

WHEREAS, Lead Plaintiffs intend to file an omnibus opposition to both motions to dismiss for purposes of efficiency and to avoid the repetition of argument;

WHEREAS, Lead Plaintiffs believe that the 25-page limitation of Local Rule 7-3 will not afford Lead Plaintiffs sufficient opportunity to respond to the arguments contained within both motions to dismiss;

WHEREAS, counsel for the parties have met and conferred, and counsel for Defendants do not oppose a page limitation of 35 pages for Lead Plaintiffs' omnibus opposition to Defendants' motions to dismiss;

NOW THEREFORE, the parties hereby agree and stipulate to the following:

1. Lead Plaintiffs shall have up to, and including, 35-pages for their omnibus opposition to Defendants' motions to dismiss.

Dated:  March 22, 2016                                     **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Ex Kano S. Sams II*
Lionel Z. Glancy
Robert V. Prongay
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
esams@glancylaw.com
lglancy@glancylaw.com
rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**LABATON SUCHAROW LLP**
Joel H. Bernstein (*pro hac vice*)
Mark S. Arisohn (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com
marisohn@labaton.com
crhodes@labaton.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

| | |
|---|---|
| 1 | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 2 | Shawn A. Williams (Bar No. 213113) |
| 3 | Willow E. Radcliffe (Bar No. 200087) |
| | Matthew S. Melamed (Bar No. 260272) |
| 4 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA 94104 |
| 6 | Telephone: (415) 288-4545 |
| | Facsimile: (415) 288-4534 |

*Liaison Counsel for Plaintiffs and the Putative Class*

Dated:  March 22, 2016                **MORRISON & FOERSTER LLP**

By: *Mark R.S. Foster*
JORDAN ETH
MARK R.S. FOSTER
ROBERT WEBB
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
JEth@mofo.com
MFoster@mofo.com
RWebb@mofo.com

*Attorneys for Defendants Solazyme, Inc., Jonathan S. Wolfson, Tyler W. Painter, David C. Cole, Jerry Fiddler, Michael V. Arbige, Ian T. Clark, Peter Kovacs, and James R. Craigie*

Dated:  March 22, 2016                    **SIMPSON THACHER & BARTLETT LLP**

By:  *s/ Simona G. Strauss*
James G. Kreissman
Simona G. Strauss
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
jkreissman@stblaw.com
sstrauss@stblaw.com

*Attorneys for Defendants Goldman, Sachs & Co. and Morgan Stanley & Co. LLC*

## ATTESTATION

I, Ex Kano S. Sams II, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING THE PAGE LIMITATION FOR LEAD PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**.  In compliance with Civil L.R. 5-1, I hereby attest that Mark R.S. Foster and Simona G. Strauss have concurred in this filing.


Dated:  March 22, 2016                    **GLANCY PRONGAY & MURRAY LLP**


By:  *s/ Ex Kano S. Sams II*
     Ex Kano S. Sams II

* * *

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: March 22, 2016

_____
The Honorable Haywood S Gilliam, Jr
United States District Judge