**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (Bar No. 134180)
Robert V. Prongay (Bar No. 270796)
Ex Kano S. Sams II (Bar No. 192936)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310-201-9150
Facsimile: 310-432-1495
lglancy@glancylaw.com
rprongay@glancylaw.com
esams@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**LABATON SUCHAROW LLP**
Joel H. Bernstein (*pro hac vice*)
Mark S. Arisohn (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com
marisohn@labaton.com
crhodes@labaton.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams (Bar No. 213113)
Willow E. Radcliffe (Bar No. 200087)
Matthew S. Melamed (Bar No. 260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com
willowr@rgrdlaw.com
mmelamed@rgrdlaw.com

*Liaison Counsel for Plaintiffs and the Putative Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, JOHN MEDLIN, JOHN HUSSAIN, LEONARDO FERNANDEZ, JAMES ACKELS and NANCY ACKELS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>SOLAZYME, INC., JONATHAN S. WOLFSON, TYLER W. PAINTER, DAVID C. COLE, JERRY FIDDLER, MICHAEL V. ARBIGE, IAN T. CLARK, PETER KOVACS, JAMES R. CRAIGIE, GOLDMAN, SACHS, & CO., and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Case No. 3:15-cv-02938-HSG<br><br>**STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION(S) TO DISMISS** |

WHEREAS, this action for violations of the federal securities laws was filed against defendants Solazyme, Inc. (now called TerraVia, Inc.), Jonathan S. Wolfson, Tyler W. Painter, David C. Cole, Jerry Fiddler, Michael V. Arbige, Ian T. Clark, Peter Kovacs, James R. Craigie, ("Solazyme Defendants") Goldman, Sachs & Co., and Morgan Stanley & Co. LLC ("Underwriter Defendants"), (collectively "Defendants");

WHEREAS, on October 8, 2015, the Court entered an order appointing plaintiffs John Medlin, John Hussain, Norfolk County Retirement System, Nancy Ackels, and Leonardo Fernandez as lead plaintiffs ("Lead Plaintiffs");

WHEREAS, Lead Plaintiffs filed a Consolidated Class Action Complaint and Defendants filed motions to dismiss the complaint;

WHEREAS, on December 29, 2016, the Court issued an Order granting Defendants' motions to dismiss with leave to amend, and set January 26, 2017 as the deadline to file an amended complaint;

WHEREAS, Plaintiffs have requested additional time to file their First Amended Complaint;

WHEREAS, counsel for the parties have conferred regarding a mutually-agreeable schedule for the filing of the amended complaint and for briefing of Defendants' anticipated motion(s) to dismiss;

NOW THEREFORE, subject to the approval of the Court, the parties hereby agree and stipulate to the following:

1. Lead Plaintiffs shall file an amended complaint on or before February 15, 2017;

2. Any motion(s) to dismiss the amended complaint shall be filed on or before March 17, 2017;

3. Lead Plaintiffs' opposition to Defendants' motion(s) to dismiss shall be filed on or before April 17, 2017;

4. Defendants' reply in support of any motion(s) to dismiss shall be filed on or before May 17, 2017; and

5. The hearing on Defendants' motion(s) to dismiss will be held on June 1, 2017, at 2:00 p.m., or on such other day and time as set by the Court.

Dated: January 19, 2017

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Ex Kano S. Sams II*
Lionel Z. Glancy
Robert V. Prongay
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
esams@glancylaw.com
lglancy@glancylaw.com
rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**LABATON SUCHAROW LLP**
Joel H. Bernstein (*pro hac vice*)
Mark S. Arisohn (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com
marisohn@labaton.com
crhodes@labaton.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams (Bar No. 213113)
Willow E. Radcliffe (Bar No. 200087)
Matthew S. Melamed (Bar No. 260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

*Liaison Counsel for Plaintiffs and the Putative Class*

| | | |
|---|---|---|
| 1 | Dated:  January 19, 2017 | **MORRISON & FOERSTER LLP** |
| 2 | | |
| 3 | | By: *Mark R.S. Foster* |
| 4 | | JORDAN ETH |
| | | MARK R.S. FOSTER |
| 5 | | ROBERT WEBB |
| 6 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 7 | | Telephone:  (415) 268-7000 |
| 8 | | Facsimile:   (415) 268-7522 |
| | | JEth@mofo.com |
| 9 | | MFoster@mofo.com |
| | | RWebb@mofo.com |
| 10 | | |
| 11 | | *Attorneys for Defendants Solazyme, Inc., Jonathan S. Wolfson, Tyler W. Painter, David C. Cole, Jerry Fiddler, Michael V. Arbige, Ian T. Clark, Peter Kovacs, and James R. Craigie* |
| 12 | | |
| 13 | | |
| 14 | Dated:  January 19, 2017 | **SIMPSON THACHER & BARTLETT LLP** |
| 15 | | |
| 16 | | By: *s/ Simona G. Strauss* |
| | | James G. Kreissman |
| 17 | | Simona G. Strauss |
| 18 | | 2475 Hanover Street |
| | | Palo Alto, CA 94304 |
| 19 | | Telephone: (650) 251-5000 |
| | | Facsimile: (650) 251-5002 |
| 20 | | jkreissman@stblaw.com |
| 21 | | sstrauss@stblaw.com |
| 22 | | *Attorneys for Defendants Goldman, Sachs & Co. and Morgan Stanley & Co. LLC* |

**ATTESTATION**

I, Ex Kano S. Sams II, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION(S) TO DISMISS**.  In compliance with Civil L.R. 5-1, I hereby attest that Mark R.S. Foster and Simona G. Strauss have concurred in this filing.

Dated:  January 19, 2017                                  **GLANCY PRONGAY & MURRAY LLP**


                                                                    By:  *s/ Ex Kano S. Sams II*
                                                                           Ex Kano S. Sams II


\*     \*     \*


ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated:  January 20, 2017
                                                                    The Honorable Haywood S Gilliam, Jr.
                                                                    United States District Judge