GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY (134180)
ROBERT V. PRONGAY(270796)
EX KANO S. SAMS II (192936)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
lglancy@glancylaw.com
rprongay@glancylaw.com
esams@glancylaw.com

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN (*Pro Hac Vice*)
MARK S. ARISOHN (*Pro Hac Vice*)
CORBAN S. RHODES (*Pro Hac Vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jbernstein@labaton.com
marisohn@labaton.com
crhodes@labaton.com

*Co-Lead Counsel for Plaintiffs and the Putative Class*

ROBBINS GELLER RUDMAN & DOWD LLP
WILLOW E. RADCLIFFE (200087)
MATTHEW S. MELAMED (260272)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
mmelamed@rgrdlaw.com

*Liaison Counsel for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOLAZYME, INC., et al.,<br><br>Defendants. | Case No. 4:15-cv-02938-HSG<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |

Lead Plaintiffs Norfolk County Retirement System, John Medlin, John Hussain, Leonardo Fernandez, James Ackels and Nancy Ackels (collectively the "Plaintiffs") respectfully submit this Statement of Recent Decision in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint (Dkt. No. 96) (the "Opposition") to apprise the Court of a recent decision by the Court of Appeals for the Ninth Circuit in *In re Quality Sys.*, No. 15-55173, 2017 U.S. App. LEXIS 13708 (9th Cir. July 28, 2017) (attached hereto as Exhibit 1). This decision, which was released after Plaintiffs filed their Opposition, is pertinent to certain arguments made by defendants in support of their pending motion to dismiss.

DATED: August 1, 2017

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
WILLOW E. RADCLIFFE
MATTHEW S. MELAMED

s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Liaison Counsel*

GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY
ROBERT V. PRONGAY
EX KANO S. SAMS II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
MARK S. ARISOHN
CORBAN S. RHODES
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

*Co-Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2017.

s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:willowr@rgrdlaw.com

# Mailing Information for a Case 4:15-cv-02938-HSG Norfolk County Retirement System v. Solazyme, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,dawn.hartman@ksfcounsel.com
- **Mark S. Arisohn**
  marisohn@labaton.com,kgutierrez@labaton.com,ElectronicCaseFiling@labaton.com
- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com
- **Mark R.S. Foster**
  mfoster@mofo.com,lroiz@mofo.com,linda-roiz-3645@ecf.pacerpro.com,mark-rs-foster-7528@ecf.pacerpro.com,kmaccardle@mofo.com,rbarajas@mofo.com
- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com
- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com
- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,mmelamed@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Corban S Rhodes**
  crhodes@labaton.com,lmehringer@labaton.com,sauer@labaton.com
- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net
- **Ex Kano S. Sams , II**
  esams@glancylaw.com
- **Michael Walter Stocker**
  mstocker@labaton.com,ravan@labaton.com,ElectronicCaseFiling@labaton.com,lmehringer@labaton.com
- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,rdira@stblaw.com,lsoboleva@stblaw.com,janie.franklin@stblaw.com,carolyn.hill@stblaw.com,sblake@stblaw.com,jason.herrera@stblaw.com
- **Whitney E. Street**
  wstreet@blockesq.com,pacer-blockleviton-9062@ecf.pacerpro.com
- **Avraham Noam Wagner**
  avi@thewagnerfirm.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)