JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Individual Defendants
JONATHAN S. WOLFSON and TYLER W. PAINTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NORFOLK COUNTY RETIREMENT SYSTEM, JOHN MEDLIN, JOHN HUSSAIN, LEONARDO FERNANDEZ, JAMES ACKELS AND NANCY ACKELS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SOLAZYME, INC. (currently known as TERRAVIA HOLDINGS, INC.), JONATHAN S. WOLFSON, and TYLER W. PAINTER,

Defendants.

Case No. 4:15-CV-02938 HSG

**THE INDIVIDUAL DEFENDANTS' RESPONSE TO NOTICE (DKT. 104) ADDRESSING STAY OF CLAIMS**

In light of the current procedural posture of this litigation, Individual Defendants Jonathan S. Wolfson and Tyler W. Painter do not take a position as to whether this particular action should be stayed by this Court in light of the automatic stay of litigation under 11 U.S.C. § 362(a) that is in place as to corporate defendant TerraVia Holdings, Inc. (formerly known as Solazyme, Inc., the “debtor”), which filed a voluntary petition for bankruptcy on August 2, 2017 under Chapter 11 of the Bankruptcy Code. (*See* Dkt. 102.)

The Individual Defendants reserve their right to seek relief from the bankruptcy court, including by requesting an extension of the automatic stay or other appropriate relief, in the event of materially changed circumstances, including, for example, developments in this litigation (or other litigation matters) that interfere with the Individual Defendants’ responsibilities in overseeing the liquidation of the debtor; a change in their ability to defend themselves in this litigation due to developments in the bankruptcy proceeding; or any questioning, hindrance, jeopardy, or delay of the Individual Defendants’ rights to indemnification, advancement of defense costs, or access to insurance proceeds for purposes of funding their defense, as a consequence of the bankruptcy proceeding.

Dated: October 6, 2017

MORRISON & FOERSTER LLP

By: */s/* Mark R.S. Foster
MARK R.S. FOSTER

Attorneys for Individual Defendants
JONATHAN S. WOLFSON and
TYLER W. PAINTER