# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

NORFOLK COUNTY RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

SOLAZYME, INC., et al.,

    Defendants.

Case No. 15-cv-02938-HSG

**ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND**

On June 26, 2018 the Court granted Defendants' motion to dismiss and gave Plaintiff leave to file an amended complaint by July 24, 2018. Dkt No. 108. Because Plaintiff did not file an amended complaint by the deadline (and has not done so to date), this action is dismissed without leave to amend. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 9/21/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge